**Robert L. BREWSTER, Plaintiff-Appellant,**

v.

**BLACKBURN'S TRANSFER & STORAGE, INC., Defendant-Appellee.**

No. 71–2117
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Nov. 19, 1971.

Robert L. Brewster, pro se.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 430 F.2d 966.

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, 5 Cir. 1970, 431 F.2d 409, Part I.

Before GEWIN, GOLDBERG, and DYER, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

**Charles GAINES, Petitioner-Appellant,**

v.

**J. J. CLARK, Warden, Respondent-Appellee.**

No. 71–2483
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Nov. 29, 1971.

John W. Stokes, Jr., U. S. Atty., Anthony M. Arnold, Asst. U. S. Atty., Atlanta, Ga., for respondent-appellee.

Before JOHN R. BROWN, Chief Judge, and INGRAHAM and RONEY, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409.